JS-6

**United States District Court**
**Central District of California**

| | |
|---|---|
| CESAR PEREZ, | |
| Plaintiff, | Case No. 2:21-cv-04182-VAP-DFMx |
| v. | **ORDER OF DISMISSAL** |
| HYUNDAI CAPITAL AMERICA, et al., | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  July 22, 2021

VIRGINIA A. PHILLIPS
United States District Judge

1